toinette P. Harrison and others against George Wilson and others. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

In re HARTER ST. (Supreme Court, Appellate Division. Fourth Department. January 19, 1904.) In the matter of the proposed extension of Harter street, in the village of Herkimer. No opinion. Judgment and order affirmed, with costs.

HAUSMAN v. HERDTFELDER. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Max Hausman against Elizabeth Herdtfelder. No opinion. Motion denied, with $10 costs.

In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) In the matter of the application of Carolyn Dancel Heatherton for a compulsory judicial settlement of the account of Mary Dancel and Christian Dancel, as administrators, etc., of Christian Dancel, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

HECHT et al., Appellants, v. LYNCHBURG HOSIERY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Joseph B. Hecht and others against the Lynchburg Hosiery Company. W. V. Goldberg, for appellants. N. B. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HEITMANN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Claus Heitmann against the city of New York. No opinion. Judgment and order affirmed, with costs.

HILL v. CONNORS et al. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by George W. Hill, as administrator, against William J. Connors and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendants on the verdict, with costs.

HILL, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Lafayette Hill against Peter M. Martin, as high chief ranger, etc., of High Court of New York Independent Order of Foresters. No opinion. Judgment unanimously affirmed, with costs.

HISCOTT, Respondent, v. DILLENBACK, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by George E. Hiscott against William B. Dillenback. No opinion. Judgment affirmed, with costs.

HODGE, Respondent, v. HODGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Addie Hodge against Charles E. Hodge.

PER CURIAM. Order reversed, and motion denied, without costs in this court or in the court below, upon condition that the defendant, at plaintiff's election, enter into a stipulation discontinuing this action, without costs and without prejudice to the plaintiff's right to renew this motion upon new affidavits. Held, that the papers contain no competent evidence of adultery upon the part of the defendant, and, the defendant denying such adultery, there is no reason to believe the plaintiff will be successful in her action; (2) that the papers show that the plaintiff is strong and in good health, accustomed to work, that she has no children, and that her husband has given her one-half of his property, and therefore there is no reason for compelling defendant to furnish her alimony or counsel fee to enable her to prosecute her action.

In re HOLLANDS et al. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) In the matter of the accounting of William Hollands and Elizabeth Thomas, as administrators, etc., of John I. Winne, deceased. No opinion. Decree unanimously affirmed, with costs payable out of the estate, upon the authority of In re Davenport, 172 N. Y. 454, 65 N. E. 275.

HOLLORAN, Respondent, v. BUFFALO, R. & P. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by William Holloran against the Buffalo, Rochester & Pittsburg Railway Company and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event, upon questions of law only. Held, that the verdict, necessarily finding that the machine in question was being operated by the defendant at the time of the accident, was against the weight of the evidence.

HOLME, Appellant, v. HOLME, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Lizzie H. Holme against Leicester Holme, impleaded. B. Steinhardt, for appellant. J. Delahunty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HOPKINS, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Emily B. Hopkins against Jacob D. Butler. W. H. Van Benschoten, for appellant. E. S. Benedict, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.